IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMAL BROOKS, AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON, AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA ORANGE, ANDREA SNOW, SAMMY ARREY-MBI, LYNNE ANDERSON, CORETTA JACKSON | : : : : : : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| BRIAN KEMP, in his official capacity as Secretary of State of the State of Georgia, | : : : : | CIVIL ACTION NO. 1:17-CV-3856-AT |
| Defendant. | : : | |

# **ORDER**

Plaintiffs filed this action on October 3, 2017, challenging the Georgia General Assembly redistricting plan, Act No. 251 (2015 Ga. Laws 1413) ("H.B. 566"), on the grounds that it violates Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301, and the Fourteenth and Fifteenth Amendments to the United States Constitution. Although Plaintiffs did not note any pending related cases on their Civil Cover Sheet when this case was initiated, it appears that a similar action with potentially overlapping claims is also pending in this Court

before a three judge panel in *Georgia State Conference of the NAACP et al v. Brian Kemp*, Civil Action No. 1:17-cv-01427-TCB-WSD-BBM.

A review of the docket in Civil Action No. 1:17-cv-01427-TCB-WSD-BBM indicates that on October 6, 2017, Defendant Kemp filed a Motion to Consolidate the two cases. No similar motion has been filed in this case. Accordingly, Plaintiffs are **DIRECTED** to file a Notice in this action **NO LATER THAN OCTOBER 25, 2017**, indicating their position on whether these cases should be consolidated, as well as the basis of their position in the event they believe the cases should not be consolidated or treated as related cases to be handled by the same judge(s). The Parties are **DIRECTED** to give notice of this Order to counsel in Civil Action No. 1:17-cv-01427-TCB-WSD-BBM.

**IT IS SO ORDERED** this 12th day of October, 2017.

_____
**Amy Totenberg**
**United States District Judge**